(May 17, 1943.)

IRVING TRUST COMPANY (formerly IRVING BANK-COLUMBIA TRUST COMPANY), as Trustee, Respondent, v. VIOLET E. FERNANDEZ, Appellant, et al., Defendants. IRVING TRUST COMPANY (formerly IRVING BANK AND TRUST COMPANY), as Trustee, Respondent, v. VIOLET E. FERNANDEZ, Appellant, et al., Defendants.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Whitestone Bridge Approach in the Borough of Queens. FLUSHING TERMINAL REALTY CORPORATION et al., Appellants.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of the Application of LOUIS FISCHER for Reinstatement as an Attorney.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

In the Matter of WILLIAM LERNER, an Attorney.— Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ. [See 264 App. Div. 743.]

In the Matter of the Arbitration between HEINRICH PLESSNER, Appellant, and EUGENIA SILBERFELD, Respondent.— Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.